UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| IN THE MATTER OF SEARCH OF | ) | |
| | ) | |
| CITIZENS BANK OF BLOUNT COUNTY | ) | |
| CHECKING ACCOUNT NO. X2057 IN | ) | |
| THE NAME OF DROGUERIA VILLA, INC., | ) | No. 3:11-MC-7 |
| | ) | (Phillips/Shirley) |
| CITIZENS BANK OF BLOUNT COUNTY | ) | |
| CHECKING ACCOUNT NO. XXX4241 IN | ) | |
| THE NAME OF JOSEPH E. PARISI, | ) | |
| | ) | |
| CITIZENS BANK OF BLOUNT COUNTY | ) | |
| SAVINGS ACCOUNT NO. XXX3303 IN | ) | |
| THE NAME OF JOSEPH E. PARISI | ) | |

## ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 39] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on August 1, 2012, is hereby **ACCEPTED IN WHOLE** whereby the motions for return of property [Docs. 1,5] filed by Joseph E. Parisi, be **DENIED, without prejudice.**

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                                          **ENTER:**

ENTERED AS A JUDGMENT        s/ Thomas W. Phillips
    s/ *Debra C. Poplin*               United States District Judge
    CLERK OF COURT