UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF SEARCH OF )<br>)<br>CITIZENS BANK OF BLOUNT COUNTY )<br>CHECKING ACCOUNT NO. X2057 IN )<br>THE NAME OF DROGUERIA VILLA, INC., )<br>)<br>CITIZENS BANK OF BLOUNT COUNTY )<br>CHECKING ACCOUNT NO. XXX4241 IN )<br>THE NAME OF JOSEPH E. PARISI, )<br>)<br>CITIZENS BANK OF BLOUNT COUNTY )<br>SAVINGS ACCOUNT NO. XXX3303 IN )<br>THE NAME OF JOSEPH E. PARISI ) | No. 3:11-MC-7<br>(Phillips/Shirley) |

### ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 39] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on August 1, 2012, is hereby **ACCEPTED IN WHOLE** whereby the motions for return of property [Docs. 1,5] filed by Joseph E. Parisi, be **DENIED, without prejudice.**

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge